IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DURRELL PUCKETT,**<br><br>                                  Plaintiff,<br><br>             v.<br><br>**McCARTHY, et al.,**<br><br>                                  Defendants. | Case No. 2:16-cv-0154-JAM-EFB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER (ECF NO. 16)** |

   Good cause appearing, Defendants' motion to modify the Discovery and Scheduling Order to vacate the current dispositive motion deadline is GRANTED.  A modified Discovery and Scheduling Order shall issue after this Court rules on Defendants' Motion to Compel.

Dated:  March 14, 2017

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE